UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IGOR ADAMOVICH,

               Plaintiff,

    v.

PIZZA HUT, *et al.*,

               Defendants.

Case No. 2:25-cv-01670-RSL

ORDER

      Having reviewed Plaintiff's application to proceed *in forma pauperis* ("IFP"), the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

      (1)    The Court ADOPTS the Report and Recommendation.

      (2)    Plaintiff's application to proceed IFP (Dkt. 1) is DENIED. Plaintiff is directed to pay the $405.00 filing fee within **thirty (30) days** of this Order. If Plaintiff fails to do so, the Clerk is directed to close the case.

      (3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

ORDER - 1

Dated this 14th day of October, 2025.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2